## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUNCAN AVIATION, INC.,<br><br>      Plaintiff,<br>v.<br><br>JK MOVING AND STORAGE, INC. PC-12, LLC A/K/A PC 12, LLC, AND CHARLES KUHN,<br><br>      Defendants. | Case No. 8:14-cv-204<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Rule 26(F) Report Deadline.  The Plaintiff seeks an extension until October 27, 2014, twelve days after Plaintiff's deadline to answer or file another pleading in response to Defendant's Counterclaim.   The Plaintiff represents to the Court that the Defendants do not oppose such an extension.  The file shows that the motion was filed before the expiration of the original date for submission of the Rule 26(f) Planning Report.  Upon consideration,

    **IT IS ORDERED:**

    1.    The Plaintiff's Unopposed Motion for an Extension of Time (Filing No. 17) is granted.

    2.    The parties shall have to **on or before October 27, 2014,** to submit their Rule 26(f) Planning Report.

    Dated this 19th day of September, 2014.

                BY THE COURT

                s/ F.A. Gossett III
                United States Magistrate Judge